**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| IN RE: A.M.K., A MINOR | : | No. 112 MAL 2022 |
| | : | |
| | : | |
| PETITION OF: M.A.K., FATHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 26th day of April, 2022, the Petition for Allowance of Appeal is **DENIED**.